UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. MARTYNOVICH and LEONID L. MARTYNOVICH,<br><br>  Plaintiff(s),<br><br>  v.<br><br>GMAC MORTGAGE USA CORP., et al.,<br><br>  Defendant(s). | No. C09-4390 BZ<br><br>**ORDER TO SHOW CAUSE** |

**IT IS HEREBY ORDERED** that Defendants GMAC Mortgage, LLC and ETS Services, LLC show cause in writing by **October 15, 2009**, why this case should not be dismissed or remanded as having been inprovidently removed under 28 USC § 1441(a). That section permits removal only to the district court "embracing the place where such action is pending" and this action was pending in Sacramento County which is in the Eastern District of California.

Dated: October 2, 2009

　　　　　　　　　　　　　　　　　／s／ Bernard Zimmerman
　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\MARTYNOVICH V. GMAC\ORDER TO SHOW CAUSE BZ VERSION.wpd