1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   ALEXANDER L. MARTYNOVICH and)
     LEONID L. MARTYNOVICH,      )
12                               )        No. C09-4390 BZ
                Plaintiff(s),    )
13                               )        **ORDER TRANSFERRING VENUE**
          v.                     )
14                               )
     GMAC MORTGAGE USA CORP., et )
15   al.,                        )
                                 )
16              Defendant(s).    )
     _____)
17

18        Defendants GMAC Mortgage and ETS Services improperly

19   removed this case to the United States District Court for the

20   Northern District of California.  This case was initially

21   filed in the Superior Court of California for the County of

22   Sacramento which is located in the Eastern District of

23   California.  Section 1441(a) only permits removal to the

24   district court where the action is pending.  28 U.S.C.

25   § 1441(a).  Defendants have admitted the removal to this

26   district was in error.  When a case is removed to the wrong

27   district, I can transfer the case to the correct venue rather

28   than remand the case to state court.  See Setterland v. Patel,

1

2006 WL 335285 (N.D. Cal.); <u>Lee v. Thomas Tours & GSA, Inc.</u>, 1997 WL 638428 (N.D. Cal.).

Accordingly, **IT IS HEREBY ORDERED** that this case be **TRANSFERRED** in accordance with 28 U.S.C. 1406 to the Eastern District of California.  The Clerk shall transfer the file. The hearing scheduled for November 18, 2009 is **VACATED**.

Dated: October 21, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MARTYNOVICH V. GMAC\ORDER GRANTING TRANSFER .wpd

2