RONALD V. UY, SBN 177157
STEVAN J. HENRIOULLE, SBN 57282
LAW OFFICE OF UY & HENRIOULLE
An Association of Attorneys
1212 Broadway, Suite 820
Oakland, CA 94612
Telephone:  (510) 835-3730
Facsimile:   (510) 835-3731

Attorney for ALEXANDER L. MARTYNOVICH,
LEONID MARTYNOVICH

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDER L. MARTYNOVICH, AND LEONID MARTYNOVICH<br><br>Plaintiffs<br><br>vs.<br>GMAC MORTGAGE USA CORPORATION; BSM FINANCIALL LP.; ETS SERVICES. LLC;  CORNERSTONE TITLE COMPANY as title agent, closing agent, title insurance carrier and nominal Trustee on Deed of Trust; DOES 1-50 and JOHN ROES 1-20, being undisclosed mortgage aggregators (wholesalers), mortgage originators, loan sellers, Trustee of Pooled Assets, Trustee for holders of certificates of Collateralized Mortgage Obligations, Morgan Stanley, as investment banker individually, jointly and severally,<br>Defendants | Case No. 2:09-CV-02987-FCD-KJM<br><br>**ORDER FOR SUBSTITUTION OF ATTORNEY** |

   ALEXANDER L. MARTYNOVICH and LEONID MARTYNOVICH, Plaintiffs, herby substitutes STEVAN J. HENRIOULLE and the LAW OFFICE OF UY & HENRIOULLE who are Retained Counsel, 1212 Broadway, Suite 820,Oakland, CA 94612, (telephone) 510-835-

---

1    **ORDER FOR SUBSTITUTION OF ATTORNEY**

3730, (facsimile) 510-835-3731 as attorney of record in the place and stead of PLAINTIFF IN PRO PER.

Dated: November 19, 2009                    _____/s/_____
                                                                      *(Signature of Party)*
                                                                      ALEXANDER L. MARTYNOVICH

Dated: November 19, 2009                    _____/s/_____
                                                                      *(Signature of Party)*
                                                                        LEONID  MARTYNOVICH

     I have given proper notice pursuant to Local Rules of Court and further consent to the above substitution.

Dated: November 19, 2009                    _____/s/_____
                                                           *(Signature of Present Attorney)*
                                                       ALEXANDER L. MARTYNOVICH

Dated: November 19, 2009                    _____/s/_____
                                                     *(Signature of Present Attorney)*
                                                    LEONID  MARTYNOVICH

    I am duly admitted to practice in this District pursuant to Local Rules of Court.

Dated: November 28, 2009                    _____/s/_____
                                                   *(Signature of New Attorney)*
                                                    STEVAN J. HENRIOULLE

_____

**Substitution of Attorney is hereby APPROVED.**

**Dated: December 8, 2009**

                                                    _____
                                                    **FRANK C. DAMRELL, JR.**
                                                    **UNITED STATES DISTRICT JUDGE**